UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MALINDA FOUCHE,

    Plaintiff,

v.                          No. 16-cv-1389-DRH-SCW

PREFERRED PEDIATRIC HOME
HEALTH CARE, INC., AND JANE DOSS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Settlement Approval and Dismissal Order (Doc. 42), this case is **DISMISSED with prejudice.**

                      JUSTINE FLANAGAN,
                      ACTING CLERK OF COURT

                      BY:    /s/ *Alex Francis*
                                Deputy Clerk

APPROVED:

Judge Herndon
2017.12.06
16:50:26 -06'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT